**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: Novapro Holdings, LLC, et al., | : | Chapter 7 |
| | : | |
| Debtors. | : | BK No. 14-10895 (LSS) |
| ——————————————— | : | |
| | : | |
| NEBO VENTURES, LLC, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 18-766-RGA |
| | : | BAP No. 18-30 |
| CHARLES A. STANZIALE, JR., | : | Adv. Pro. No. 16-50433 (LSS) |
| U. S. RISK INSURANCE GROUP, INC., | : | |
| ISLLC INVESTMENTS, INC., and | : | |
| RANDALL G. GROSS, | : | |
| | : | |
| Appellees. | : | |

## RECOMMENDATION

At Wilmington this **20th** day of **June, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern
Mediation of Appeals from the United States Bankruptcy Court for this District dated
September 11, 2012, the court conducted an initial review, which included information
from counsel through a letter dated June 14, 2018, to determine the appropriateness of
mediation in this matter;

WHEREAS, as a result of the above screening process, the issues
involved in this case are not amenable to mediation and mediation at this stage would
not be a productive exercise, a worthwhile use of judicial resources nor warrant the
expense of the process. Although appellant feels that mediation is not hopeless,

appellees advise that mediation would not result in their change in position.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Through this Recommendation, the parties are advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge